DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: thera.cooper@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARRISBROOK ASSET HOLDINGS TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; STONEFIELD HOMEOWNERS ASSOCIATION,<br><br>Defendants. | Case No. 3:17-cv-00370-LRH-WGC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO SFR INVESTMENTS POOL 1, LLC'S CROSS-CLAIM (ECF NO. 27)**<br><br>**(FIRST REQUEST)** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Crossclaimant,<br><br>vs.<br><br>CARISBROOK ASSET HOLDING TRUST; BANK OF AMERICA, N.A., a national banking association; DAMIAN C. WEBBER, an individual,<br><br>Counter/Crossdefendant. | |

SFR Investments Pool 1, LLC (**SFR**), and Bank of America, N.A. (**BANA**), hereby stipulate and agree that BANA shall have an extension up to and including **March 6, 2018**, to file its response to the SFR's cross-claim (ECF No. 27).

...

44045362;1

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 7th day of February, 2018.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Thera Cooper* | */s/ Diana Ebron* |
| DARREN T. BRENNER, ESQ. | DIANA S. EBRON, ESQ. |
| Nevada Bar No. 8386 | Nevada Bar No. 10580 |
| THERA A. COOPER, ESQ. | Jacqueline A. Gilbert, ESQ. |
| Nevada Bar No. 13468 | Nevada Bar No. 10593 |
| 1635 Village Center Circle, Suite 200 | Karen L. Hanks, ESQ. |
| Las Vegas, NV 89134 | Nevada Bar No. 9578 |
|  | 762 Dean Martin Drive, Suite 110 |
| *Attorneys for Bank of America, N.A.* | Las Vegas, Nevada 89139 |
|  | *Attorneys for SFR Investments Pool 1, LLC* |

**IT IS SO ORDERED.**

_William G. Cobb_
UNITED STATES MAGISTRATE JUDGE

DATED: February 8, 2018

44045362;1