DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: thera.cooper@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CARRISBROOK ASSET HOLDINGS TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; STONEFIELD HOMEOWNERS ASSOCIATION,<br><br>Defendants. | Case No.: 3:17-cv-00370-LRH-WGC<br><br>**STIPULATION AND ORDER OF BANK OF AMERICA, N.A.'S DISCLAIMER OF CURRENT INTEREST AND DISMISSAL** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Crossclaimant,<br><br>vs.<br><br>CARISBROOK ASSET HOLDING TRUST; BANK OF AMERICA, N.A., a national banking association; DAMIAN C. WEBBER, an individual,<br><br>Counter/Crossdefendant. | |

Bank of America, N.A. (**BANA**) submits disclaimer of current interest in the property commonly known as, 7752 Corso Street, Reno, Nevada 89506 (the **property**) as follows:

1. A deed of trust identifying BANA as the beneficiary recorded against the property as Instrument Number 3717662 (the **first deed of trust**);

2. A deed of trust (the **second deed of trust**) identifying BANA as the beneficiary recorded against the property on January 7, 2009 as Instrument Number 3717664;

…

44132389;1

3. BANA represents that it has no current interest in the first deed of trust;

4. BANA disclaims any and all interest in the second deed of trust;

5. SFR agrees, based upon BANA's representations and disclaimer set for herein, that BANA should be dismissed from this action; and

6. Based upon BANA's representations and disclaimer set forth herein, SFR and BANA agree to bear their own attorneys' fees and costs.

Dated this 15th day of February, 2018

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Thera A. Cooper* <br> DARREN T. BRENNER, ESQ. <br> Nevada Bar No. 8386 <br> THERA A. COOPER, ESQ. <br> Nevada Bar No. 13468 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for Bank of America, N.A* | */s/ Diana S. Ebron* <br> DIANA S. EBRON, Esq. <br> Nevada Bar No. 10580 <br> JACQUELINE A. GILBERT, Esq. <br> Nevada Bar No. 10593 <br> KAREN L. HANKS, Esq. <br> Nevada Bar No. 9578 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, Nevada 89139 <br><br> Attorney for Third Party Plaintiff SFR |

**IT IS SO ORDERED**.

Dated this 15th day of February, 2018

_____
U.S. DISTRICT COURT JUDGE

44132389;1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of Akerman LLP, and that on this 15th day of February, 2018 I caused to be served a true and correct copy of foregoing **BANK OF AMERICA, N.A.'S DISCLAIMER OF CURRENT INTEREST AND DISMISSAL**, in the following manner:

**(ELECTRONIC SERVICE)**  Pursuant to Administrative Order 14-2, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by the Court's facilities to those parties listed on the Court's Master Service List.

Dana J. Nitz, Esq.
Cheri L. Shaine, Esq.
Christina V. Miller, Esq.
WRIGHT, FINLAY & ZAK
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117

*Attorneys for Carisbrook Asset Holding Trust*

Diana S. Ebron, Esq.
Jacqueline A. Gilbert, Esq.
Karen L. Hanks, Esq.
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139

*Attorneys for SFR Investments Pool 1, LLC*

                                                */s/ Erin Surguy*
                                                An employee of AKERMAN LLP

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572