DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CARISBROOK ASSET HOLDING TRUST, <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC; STONEFIELD HOMEOWNERS ASSOCIATION, <br><br> Defendants. | Case No.: 3:17-cv-00370-LRH-WGC <br><br> **STIPULATION TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** <br> **(First Request)** |

SFR Investments Pool 1, LLC ("SFR") and Carisbrook Asset Holding Trust ("Carisbrook") stipulate as follows:

1. Carisbrook filed its Motion for Summary Judgment [ECF No. 64] on September 10, 2018.
2. SFR's Response to Carisbrook's Motion is currently due October 1, 2018.

…

…

…

- 1 -

3. The parties agree to allow SFR until October 5, 2018 to file its Response.

The request is made to allow SFR to adequately prepare its Response. This is SFR's first request for an extension of this deadline and is not made to cause delay or prejudice to any party.

DATED this 1st day of October, 2018.

| KIM GILBERT EBRON | WRIGHT FINLAY & ZAK LLP |
|---|---|
| /s/ Jason G. Martinez | /s/ Christopher A.J. Swift |
| DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>JASON G. MARTINEZ, ESQ.<br>Nevada Bar No. 13375<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>*Attorneys for SFR Investments Pool 1, LLC* | EDGAR C. SMITH, ESQ.<br>Nevada Bar No. 5506<br>CHRISTOPHER A.J. SWIFT, ESQ.<br>Nevada Bar No. 11291<br>7785 W. Sahara Avenue, Suite 200<br>Las Vegas, Nevada 89117<br>*Attorneys for Carisbrook Asset Holding Trust* |

**IT IS SO ORDERED.**

DATED THIS 1st day of October 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE