WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Christopher A.J. Swift, Esq.
Nevada Bar No. 11219
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cswift@wrightlegal.net
*Attorneys for Plaintiff Carisbrook Asset Holding Trust*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CARISBROOK ASSET HOLDING TRUST,<br><br>Plaintiff,<br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; STONEFIELD HOMEOWNERS ASSOCIATION,<br><br>Defendants. | Case No.: 3:17-CV-00370-MMD-WGC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO SFR INVESTMENTS POOL 1, LLC'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT [ECF NO. 69], COUNTERMOTION TO STRIKE UNDISCLOSED WITNESSES AND DOCUMENTS [70], AND REQUEST FOR 56(D) RELIEF**<br><br>**[FIRST REQUEST]** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Cross Claimant,<br>vs.<br><br>DAMIAN C. WEBBER, BANK OF AMERICA, N. A.<br><br>Cross Defendants. | |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter Claimant,<br>vs.<br><br>CARISBROOK ASSET HOLDING TRUST<br><br>Counter Defendant. | |

///

///

## STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO SFR INVESTMENTS POOL 1, LLC'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT [ECF NO. 69], COUNTERMOTION TO STRIKE UNDISCLOSED WITNESSES AND DOCUMENTS [70], AND REQUEST FOR 56(d) RELIEF

1. On September 10, 2018, Carisbrook Asset Holding Trust ("Carisbrook") filed its Motion for Summary Judgment [ECF No. 64].

2. On October 5, 2018, SFR Investments Pool 1, LLC ("SFR") filed an Opposition to the Motion for Summary Judgment [ECF No. 69], a Countermotion to Strike Witnesses and Documents [ECF No. 70], and a Request for 56(d) Relief [ECF No. 71].

3. Carisbrook's Response is currently due on October 19, 2018.

4. The parties agree to allow Carisbrook until October 24, 2018, to file its Response to the Motion for Summary Judgment [ECF No. 69], a Countermotion to Strike Witnesses and Documents [ECF No. 70], and a Request for 56(d) Relief [ECF No. 71].

The Request is made to allow Carisbrook time to adequately prepare a Response. This is Carisbrook's first request for an extension and is not made to cause delay or prejudice to any party.

| | |
|---|---|
| DATED this 19th day of October, 2018.<br>WRIGHT, FINLAY & ZAK, LLP<br><br>/s/ Christopher A.J. Swift, Esq.<br>Edgar C. Smith, Esq.<br>Nevada Bar No. 5506<br>Christopher A.J. Swift, Esq.<br>Nevada Bar No. 11219<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff Carisbrook Asset Holding Trust* | DATED this 19th day of October, 2018.<br>KIM GILBERT EBRON<br><br>/s/ Jason G. Martinez, Esq.<br>Diana S. Ebron, Esq.<br>Nevada Bar No. 10580<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>Jason G. Martinez, Esq.<br>Nevada Bar No. 13375<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br>*Attorneys for Defendant, SFR Investments Pool 1, LLC* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 22, 2018