WRIGHT, FINLAY & ZAK, LLP
Paterno C. Jurani, Esq.
Nevada Bar No. 8136
7785 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
pjurani@wrightlegal.net
*Attorney for Plaintiff/Counter-Defendant, Carisbrook Asset Holding Trust and Proposed Substituted Plaintiff/Counter-Defendant, Kingsmead Asset Holding Trust*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CARISBROOK ASSET HOLDING TRUST, <br><br> Plaintiff, <br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC; STONEFIELD HOMEOWNERS ASSOCIATION, <br><br> Defendants. | Case No.: 3:17-CV-00370-LRH-WGC <br><br> **ORDER GRANTING WITHDRAWAL OF COUNSEL** |
| SFR INVESTMENTS POOL 1, LLC, <br><br> Counterclaimant, <br> vs. <br><br> CARISBROOK ASSET HOLDING TRUST <br><br> Counter-Defendant. | |
| SFR INVESTMENTS POOL 1, LLC, <br><br> Cross-Claimant, <br> vs. <br><br> DAMIAN C. WEBBER, BANK OF AMERICA, N. A. <br><br> Cross-Defendants. | |

Plaintiff/Counter-Defendant, Carisbrook Asset Holding Trust and Proposed Substituted Plaintiff/Counter-Defendant, Kingsmead Asset Holding Trust (hereinafter referred to as

"Plaintiff"), by and through their attorneys of record of the law firm of Wright, Finlay & Zak, LLP, hereby gives notice that Christopher Alan James Swift, Esq. is no longer an attorney associated with Wright, Finlay & Zak, LLP. Wright Finlay & Zak, LLP, will continue to represent Plaintiff and requests that Paterno C. Jurani, Esq. receive all future notices.

DATED this 22nd day of July, 2019.

WRIGHT, FINLAY & ZAK, LLP

/s/ Paterno C. Jurani, Esq.
Paterno C. Jurani, Esq.
Nevada Bar No. 8136
7785 West Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
*Attorney for Plaintiff/Counter-Defendant,
Carisbrook Asset Holding Trust and Proposed
Substituted Plaintiff/Counter-Defendant,
Kingsmead Asset Holding Trust*

## **ORDER**

IT IS SO ORDERED.

DATED: July 23, 2019.

_____
UNITED STATES MAGISTRATE JUDGE