WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Paterno C. Jurani, Esq.
Nevada Bar No. 8136
7785 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
pjurani@wrightlegal.net
*Attorneys for Plaintiff/Counter-Defendant, Carisbrook Asset Holding Trust*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CARISBROOK ASSET HOLDING TRUST, | Case No.: 3:17-CV-00370-MMD-WGC |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF CARISBROOK TRUST'S RENEWED MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| SFR INVESTMENTS POOL 1, LLC; STONEFIELD HOMEOWNERS ASSOCIATION, | **(FIRST REQUEST)** |
| Defendants. | |

SFR INVESTMENTS POOL 1, LLC,

       Counterclaimant,

vs.

CARISBROOK ASSET HOLDING TRUST

       Counter-Defendant.

SFR INVESTMENTS POOL 1, LLC,

       Cross-Claimant,

vs.

DAMIAN C. WEBBER, BANK OF AMERICA, N. A.

       Cross-Defendants.

Plaintiff/Counter-Defendant, Carisbrook Asset Holding Trust ("Carisbrook Trust" or "Plaintiff"), and Defendant, Stonefield Homeowners Association's ("Stonefield" or "HOA") (collectively, the "Parties"), by and through their undersigned and respective counsel of record, hereby stipulate as follows:

1.  Stonefield filed its Opposition to Carisbrook Trust's Renewed Motion for Summary Judgment [ECF No. 105] ("Stonefield's Opposition") on September 20, 2019;

2.  The deadline to file a Reply in response to Stonefield's Opposition is October 4, 2019;

3.  SFR Investments Pool 1, LLC ("SFR") filed its Response to Carisbrook Trust's Renewed Motion for Summary Judgment [ECF No. 109] ("SFR's Opposition") on September 27, 2019;

4.  The deadline to file a Reply in response to SFR's Opposition is October 10, 2019.

5.  In order to allow Carisbrook Trust to file one Reply in support of its Renewed Motion for Summary Judgment, the Parties have agreed the deadline to file a Reply in response to Stonefield's Opposition shall be moved six days, to **October 10, 2019**.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

6. This is the first request to extend the deadline for briefing related to renewed motions for summary judgment. The Parties have entered into this agreement in good faith and not for purposes of delay or prejudice to any party.

Dated this 3rd day of October, 2019.                Dated this this 3rd day of October, 2019.

**WRIGHT, FINLAY & ZAK, LLP**                **BOYACK ORME & ANTHONY**

/s/ Paterno C. Jurani, Esq.                    /s/ Colli C. McKiever, Esq.
Dana Jonathon Nitz, Esq.                    Edward D. Boyack, Esq.
Nevada Bar No. 0050                        Nevada Bar No. 5229
Paterno C. Jurani, Esq.                    Colli C. McKiever, Esq.
Nevada Bar No. 8136                        Nevada Bar No. 13724
7785 W. Sahara Ave., Suite 200            7432 W. Sahara Avenue, Suite 101
Las Vegas, Nevada 89117                    Las Vegas, Nevada 89117
*Attorneys for Plaintiff/Counter-Defendant,*    *Attorneys for Defendant, Stonefield*
*Carisbrook Asset Holding Trust*            *Homeowners Association*

**ORDER**

**IT IS SO ORDERED**.

DATED:  October 3, 2019            _____
                                    UNITED STATES DISTRICT COURT JUDGE