Diana S. Ebron, Esq.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
Kim Gilbert Ebron
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CARISBROOK ASSET HOLDING TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; STONEFIELD HOMEOWNERS ASSOCIATION,<br><br>Defendants. | Case No. 3:17-cv-00370-MMD-WGC<br><br>**JUDGMENT BY DEFAULT AGAINST DAMIAN C. WEBBER** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter-/Cross- Claimant,<br><br>vs.<br><br>CARISBROOK ASSET HOLDING TRUST; BANK OF AMERICA, N.A., a national banking association; DAMIAN C. WEBBER, an individual,<br><br>Counter-/Cross- Defendants. | |

This matter came before the Court on SFR Investments Pool 1, LLC's ("SFR") Application for Judgment by Default against Damian C. Webber ("Webber" or "Cross-Defendant"). Having considered the application, including the declarations attached thereto, the Court makes the following findings of fact and conclusions of law:

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

1. On December 1, 2017 SFR filed a Cross-Complaint [ECF No. 27] for quiet title and injunctive relief against Webber, relating to real property located at 7752 Corso Street, Reno, Nevada 89506; APN: 080-831-12 ("the Property").

2. Webber failed to answer the complaint within the 21-day time limit set forth in FRCP 12. The Clerk of the Court appropriately entered a default against Webber on July 18, 2019.

3. Webber is not incompetent, an infant, or serving in the United States military.

4. SFR submitted credible evidence in support of its application in the form of documents obtained from the Official Records of the Washoe County Recorder and declarations made under penalty of perjury that demonstrate prima facie grounds sufficient to enter default judgment against Webber.

NOW, THEREFORE, pursuant to FRCP 55(b)(2), having considered the evidence and made the foregoing findings of fact and conclusions of law, and finding good cause,

IT IS ORDERED, ADJUDGED AND DECREED that Webber, any successors and assigns, have no right, title or interest in the Property and that SFR is the rightful title owner.

IT IS FURTHER ORDERED that this judgment does not adjudicate SFR's claims against, or the defenses of, any other party to this case.

UNITED STATES DISTRICT JUDGE

Dated: January 10, 2020

*Respectfully submitted by:*
**KIM GILBERT EBRON**

/s/ *Jason G. Martinez*
JASON G. MARTINEZ, ESQ.
Nevada Bar No. 13375
7625 Dean Martin Dr., Ste. 110
Las Vegas, NV 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

DATED this 21st day of August, 2019.

- 2 -