WRIGHT, FINLAY & ZAK, LLP
Michael S. Kelley, Esq.
Nevada Bar No. 10101
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
mkelley@wrightlegal.net
*Attorney for Plaintiff/Counter-Defendant, Carisbrook Asset Holding Trust*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CARISBROOK ASSET HOLDING TRUST,<br><br>Plaintiff,<br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; STONEFIELD HOMEOWNERS ASSOCIATION,<br><br>Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>Counterclaimant,<br>vs.<br><br>CARISBROOK ASSET HOLDING TRUST<br><br>Counter-Defendant.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>Cross-Claimant,<br>vs.<br><br>DAMIAN C. WEBBER, BANK OF AMERICA, N. A.<br><br>Cross-Defendants. | Case No.: 3:17-cv-00370-MMD-WGC<br><br>**ORDER GRANTING NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** |

Plaintiff/Counter-Defendant, Carisbrook Asset Holding Trust (hereinafter referred to as "Plaintiff"), by and through its attorney of record of the law firm of Wright, Finlay & Zak, LLP, hereby gives notice that Dana Jonathon Nitz, Esq.; Edgar C. Smith, Esq.; Cheri L. Shaine, Esq.; and Paterno C. Jurani, Esq. are no longer attorneys associated with Wright, Finlay & Zak, LLP and therefore no longer need to receive notice related to this case. Wright Finlay & Zak, LLP will continue to represent Plaintiff and requests that Michael S. Kelley, Esq. receive all future notices.

DATED this 2nd day of March, 2020.

WRIGHT, FINLAY & ZAK, LLP

/s/ Michael S. Kelley, Esq.
Michael S. Kelley, Esq.
Nevada Bar No. 10101
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff/Counter-Defendant,
Carisbrook Asset Holding Trust*

**ORDER**

IT IS SO ORDERED.

DATED: March 2, 2020.

UNITED STATES MAGISTRATE JUDGE