WRIGHT, FINLAY & ZAK, LLP
Michael S. Kelley, Esq.
Nevada Bar No. 10101
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
mkelley@wrightlegal.net
*Attorney for Plaintiff/Counter-Defendant, Carisbrook Asset Holding Trust*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CARISBROOK ASSET HOLDING TRUST, <br><br> Plaintiff, <br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC; STONEFIELD HOMEOWNERS ASSOCIATION, <br><br> Defendants. | Case No.: 3:17-cv-00370-MMD-WGC <br><br> **ORDER GRANTING EX PARTE MOTION TO REMOVE COUNSEL FROM SERVICE LIST** |
| SFR INVESTMENTS POOL 1, LLC, <br><br> Counterclaimant, <br> vs. <br><br> CARISBROOK ASSET HOLDING TRUST <br><br> Counter-Defendant. | |
| SFR INVESTMENTS POOL 1, LLC, <br><br> Cross-Claimant, <br> vs. <br><br> DAMIAN C. WEBBER, BANK OF AMERICA, N. A. <br><br> Cross-Defendants. | |

COMES NOW, Plaintiff/Counter-Defendant, Carisbrook Asset Holding Trust by and through its attorney of record of the law firm Wright, Finlay & Zak, LLP, and hereby requests the removal of Christina V. Miller, Esq. ("Ms. Miller") from the Service List in the above-captioned matter. This case was reassigned within Wright, Finlay & Zak, LLP to Michael S. Kelley, Esq. Subsequent filings have been made and Ms. Miller is receiving notices of the proceedings in this case. As a result, it is no longer necessary that Ms. Miller receive notice of the ongoing proceedings.

Accordingly, the undersigned counsel requests that Christina V. Miller, Esq. be removed from the Service List in this matter.

DATED this 2nd day of March, 2020.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Michael S. Kelley, Esq.*
Michael S. Kelley, Esq.
Nevada Bar No. 10101
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff/Counter-Defendant,
Carisbrook Asset Holding Trust*

IT IS SO ORDERED.

DATED: March 2, 2020.

U.S. MAGISTRATE JUDGE